Paul & Judith LONIGRO,
Plaintiffs/Appellants,

v.

L.K. WOOD REALTY COMPA-
NY & Norman Bodenstein,
Defendant/Respondent.

No. 69475.

Missouri Court of Appeals,
Eastern District,
Division Two.

April 8, 1997.

William James O'Herin, Florissant, for plaintiffs/appellants.

Priscilla F. Gunn, Evans & Dixon, St. Louis, for defendant/ respondent.

Before CRANE, P.J., and GERALD M. SMITH and PUDLOWSKI, JJ.

*MEMORANDUM DECISION*

PER CURIAM.

Plaintiffs, Paul and Judith Lonigro, appeal from a judgment in favor of defendant, L.K. Wood Realty Co., based upon a jury verdict in plaintiffs' action for breach of fiduciary duty by defendant. We have examined the record and the briefs of the parties. The evidence to support the verdict was not insufficient, no error of law appears, and an opinion would have no precedential value.

Judgment affirmed. Rule 84.16(b).

■

Norma HUNDELT,
Petitioner/Respondent,

v.

Craig T. HUNDELT,
Respondent/Appellant.

No. 70034.

Missouri Court of Appeals,
Eastern District,
Division One.

April 8, 1997.

Paul H. Schramm, Schramm & Pines, Clayton, for appellant.

James J. Leightner, Diekman & Leightner, Clayton, for respondent.

Thea Anne Sherry, Catalona & Sherry, Clayton, Guardian Ad Litem.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Appellant, Craig T. Hundelt, appeals the judgment of the Circuit Court of the County of St. Louis dissolving his marriage to respondent, Norma Hundelt, wherein the trial court ordered him to pay her $122 a month as periodic maintenance. We affirm.

We have reviewed the briefs of the parties and the legal file and find the decision of the trial court was supported by substantial evidence, was not against the weight of the evidence, and did not erroneously declare or apply the law. As no jurisprudential purpose would be served by a formal opinion, we affirm the judgment of the trial court pursuant to Rule 84.16(b).